1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10   CLINTON WAGNER,
11            Plaintiff,                    No. 2:09-cv-3166 KJN P
12       vs.
13   MOSS POSNER, et al.,                   <u>ORDER</u>
14            Defendants.
15   _____/
16            Plaintiff, a state prisoner proceeding without counsel, seeks relief pursuant to 42
17   U.S.C. § 1983.  On January 8, 2010, plaintiff's motion to proceed in forma pauperis was granted
18   and plaintiff was assessed an initial partial filing fee of $3.33.  Presently before the court is
19   plaintiff's February 2, 2010 motion to waive the court fees or the initial partial filing fee (Doc.
20   10).
21            Pursuant to 20 U.S.C. § 1915(b)(1), plaintiff is required to pay the full amount of
22   a filing fee, including the initial partial filing fee of $3.33.
23   ////
24   ////
25   ////
26   ////

                                                  1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for waiver of court fees (Doc. 10) is denied.

DATED: February 16, 2010

                                        /s/ Kendall J. Newman
                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

wagn3166.fee