IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINTON WAGNER,

      Plaintiff,                    No. 2:09-cv-3166 KJN P

      vs.

MOSS POSNER, et al.,                ORDER

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding without counsel, seeks relief pursuant to 42 U.S.C. § 1983. On January 8, 2010, plaintiff's motion to proceed in forma pauperis was granted and plaintiff was assessed an initial partial filing fee of $3.33. Presently before the court is plaintiff's February 2, 2010 motion to waive the court fees or the initial partial filing fee (Doc. 10).

      Pursuant to 20 U.S.C. § 1915(b)(1), plaintiff is required to pay the full amount of a filing fee, including the initial partial filing fee of $3.33.

////

////

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for waiver of
2 court fees (Doc. 10) is denied.
3 DATED: February 16, 2010

                                     /s/ Kendall J. Newman
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

wagn3166.fee