IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINTON WAGNER,

      Plaintiff,                    No. 2:09-cv-3166 FCD KJN P

    vs.

MOSS POSNER, et al.,

      Defendants.              ORDER

_____/

        On March 12, 2010, plaintiff filed a motion to amend his complaint to include as an exhibit a copy of the Director's Level Decision denying his administrative appeal (Dkt. No. 15). A copy of this decision is attached to the motion. Plaintiff did not file a proposed amended complaint.

        Piecemeal amendment of complaints is not permitted. See Local Rule 220. Accordingly, the motion to amend is denied. In any event, plaintiff is not required to attach a copy of the Director's Level Decision to his complaint in order to proceed with this action.

        On March 23, 2010, plaintiff filed a motion requesting that he be granted adequate access to the law library and legal materials (Dkt. No. 16). Plaintiff generally alleges that his access to the law library and legal materials is inadequate. On March 25, 2010 plaintiff filed a 142 page motion for a preliminary injunction (Dkt. No. 17). Plaintiff's ability to prepare and file

1

1 this lengthy motion undercuts his claim of inadequate access to the law library and legal
2 materials. Accordingly, plaintiff's motion for access to the law library and legal materials is
3 denied as not well supported.

4     Accordingly, IT IS HEREBY ORDERED that:

5     1. Plaintiff's motion to amend (Dkt. No. 15) is denied;

6     2. Plaintiff's motion for access to the law library and legal materials (Dkt. No.
7 16) is denied.

8 DATED: May 26, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wag3166.ll