IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINTON WAGNER

    Plaintiff,                                   No. 2:09-cv-3166 FCD KJN P

    vs.

MOSS POSNER, et al.,

    Defendants.                            <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On May 26, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed May 26, 2010 are adopted in full.
2. The motion to dismiss filed April 20, 2010 on behalf of defendants Schuster and Posner (Dkt. No. 20) is granted.

DATED: July 7, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE