IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINTON WAGNER,

    Plaintiff,                    No. 2: 09-cv-3166 FCD KJN P

    vs.

MOSS POSNER, et al.,

    Defendants.          <u>ORDER</u>

_____/

        On March 25, 2010, and April 1, 2010, plaintiff filed motions for injunctive relief. Plaintiff alleges that he suffers from hepatitis. Plaintiff requests that he be transferred to a prison that is able to provide him with the special diet he requires. Plaintiff also requests that he receive "immediate follow up medical care specialist examination" by either CT, MRI or liver biopsy.

        Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, defendants shall respond to plaintiff's motions for injunctive relief.

DATED: July 21, 2010

                                      */s/ Kendall J. Newman*
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

wag3166.ord