IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINTON WAGNER,

    Plaintiff,                    No. 2: 09-cv-3166 FCD KJN P

    vs.

MOSS POSNER, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On October 6, 2010, the undersigned recommended that plaintiff's motions for injunctive relief be denied. The parties were granted fourteen days to file objections. Pursuant to the mailbox rule, on October 24, 2010 plaintiff filed a request for reconsideration of the findings and recommendations. Good cause appearing, plaintiff's request for reconsideration is construed as objections to the findings and recommendations.

        Accordingly, IT IS HEREBY ORDERED that defendants are granted fourteen days from the date of this order to file a reply to plaintiff's objections.

DATED: November 2, 2010

                                               _____
                                               KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

wag3166.ord(2)

1