IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINTON WAGNER,

        Plaintiff,                     No. 2: 09-cv-3166 FCD KJN P

    vs.

MOSS POSNER, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Pursuant to the July 13, 2010 scheduling order, the discovery cut-off date is November 4, 2010 and the pretrial motion cut-off date is January 31, 2011. On August 26, 2010, the court ordered service of a new defendant, Dr. Sahota. On October 15, 2010, defendant Sahota answered the complaint.

        On October 15, 2010, defendants filed a motion to modify the scheduling order as to defendant Sahota. Good cause appearing, the court will re-set the discovery cut-off date for the claims against defendant Sahota only. Because of the extension of the discovery period, the pretrial motion cut-off date is extended as well.

        Accordingly, IT IS HEREBY that:

        1. Defendants' October 15, 2010 motion to modify the scheduling order is granted;

1

2. The parties may conduct discovery regarding the new claims against defendant Sahota until February 18, 2011; all requests for discovery shall be served not later than sixty days prior to that date;

3. The pretrial motion cut-off date of January 31, 2011 is vacated and re-set for May 6, 2011.

DATED: November 2, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wag3166.sch