IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINTON WAGNER,

      Plaintiff,                                  No. 2: 09-cv-3166 KJM KJN P

      vs.

MOSS POSNER, et al.,

      Defendants.                  ORDER

                                      /

          Plaintiff is a state prisoner proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 13, 2011, plaintiff filed a document titled "Notice of Appeal." This document does not indicate what order plaintiff is appealing. Accordingly, this notice of appeal is disregarded.

          On May 27, 2011, plaintiff filed a letter addressed to the Clerk of the Court stating that he would like to file an appeal "on Dr. Sahota's interrogatories to plaintiff set one. By order entered Nov. 02, 2010." It is unclear what plaintiff is appealing in his May 27, 2011 letter.

          The purpose of a notice of appeal is to seek review of a district court order in the Ninth Circuit Court of Appeals. It does not appear that plaintiff is seeking Ninth Circuit review of an order by the undersigned or the district judge in his May 27, 2011 letter. It is unclear what relief plaintiff is seeking in the May 27, 2011 letter. For these reasons, plaintiff's May 27, 2011

1

1  notice of appeal, contained in the May 27, 2011 letter, is disregarded.

2         Accordingly, IT IS HEREBY ORDERED that plaintiff's notices of appeal (Dkt.

3  Nos. 79 and 80) are disregarded.

4  DATED: June 9, 2011

6  _____
7  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

8  wag3166.app