IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINTON WAGNER,

      Plaintiff,                  No. 2: 09-cv-3166 KJM KJN P

   vs.

MOSS POSNER, et al.,

      Defendants.           ORDER

_____/

       Plaintiff is a state prisoner, proceeding in forma pauperis and without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On July 6, 2012, the court granted in part and denied in part defendants' summary judgment motion.

       Recently the Ninth Circuit issued an order requiring that all prisoners proceeding without counsel must be provided contemporaneous notice of certain requirements for opposing a motion for summary judgment.  <u>Woods v. Carey</u>, 684 F.3d 934 (9th Cir. 2012 ).

       Defendants' summary judgment motion contained notice to plaintiff of the requirements for opposing a motion for summary judgment.  (Dkt. No. 76.)  Defendants' notice

////

////

////

1 substantially complied with the requirements set forth in <u>Woods</u>.  For that reason, no further
2 briefing order regarding defendants' summary judgment motion will be issued.
3         IT IS SO ORDERED.
4 DATED: September 17, 2012

        _____
        KENDALL J. NEWMAN
        UNITED STATES MAGISTRATE JUDGE

8 wag3166.rand

2