IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINTON WAGNER,

        Plaintiff,                    No. 2:09-cv-3166 KJM KJN P

    vs.

MOSS POSNER, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. On December 30, 2011, plaintiff filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). Dckt. No. 102. On September 14, 2012, this court granted plaintiff's motion for appointment of pro bono counsel. Dckt. No. 133. Candice L. Fields has been selected from the court's pro bono attorney panel to represent plaintiff, and she has accepted the appointment.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Candice L. Fields is appointed as counsel in the above entitled matter.

        2. Counsel shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

/////

/////

3. The Clerk of the Court is directed to serve a copy of this order upon Candice L. Fields, Attorney at Law, 455 Capitol Mall, Suite 350, Sacramento, California 95814.

4. The case is set for a status conference on November 15, 2012 at 3:30 p.m. in Courtroom Three.

DATED: October 22, 2012.

_____
UNITED STATES DISTRICT JUDGE