IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLINTON WAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | No. CIV S-09-3166 KJM KJN P |
| | ) | |
| v. | ) | |
| | ) | |
| MOSS POSNER, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

       This case was on calendar on November 15, 2012, for a status conference. Candice Fields appeared for plaintiff; Matthew Wilson, Williams and Associates, appeared for defendants Nagalama and Sahota.

       After discussion with the parties, the court set a continued status conference for January 31, 2013 at 3:30 p.m. with the expectation that at this hearing the court will set the schedule for the rest of the case.

       IT IS SO ORDERED.

DATED: November 19, 2012.

                                  UNITED STATES DISTRICT JUDGE

1