IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINTON WAGNER

          Plaintiff(s)

vs.

MOSS POSNER, MD, et al.

          Defendants.

No. 2:09-cv-03166-KJM-KJN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Candice L. Fields, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on October 22, 2012, by the Honorable Kimberly J. Mueller, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Review of Plaintiff Clinton Wagner's medical records by expert consultant Dr. Miles F. Adler, M.D. (See additional information, CV, rate schedule and billing statement, attached hereto).

Dr. Adler, an expert regarding diseases of the liver, is qualified to opine regarding the merits of Plaintiff Wagner's claim that Defendant Nangalama was deliberately indifferent to Plaintiff Wagner's serious medical need in violation of the Eighth Amendment by delaying antivirals to treat his chronic Hepatitis B. Dr. Adler must review Plaintiff's medical records in order to form an opinion regarding Plaintiff's claim.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 600.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:09-cv-03166-KJM-KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of December, 20 13, at Sacramento, California.

_(signature)_

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 12/11/13  nunc pro tunc
to 6/24/13

_(signature)_

United States District Judge/Magistrate