## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINTON WAGNER,

       Plaintiff,                      No. 2:09-cv-3166 KJM KJN P

   v.

MOSS POSNER, MD, et al.,

                                **ORDER & WRIT OF HABEAS CORPUS**
       Defendants.                **AD TESTIFICANDUM**

       Clinton Wagner, CDCR # P-13327, a necessary and material witness in a settlement conference in this case on March 20, 2014, is confined in Mule Creek State Prison (MCSP), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan at the U. S. District Court, Courtroom #8, 501 I Street, Sacramento, California 95814, on Thursday, March 20, 2014 at 10:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Edmund F. Brennan; and

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, MCSP, P.O. Box 409099, Ione, California 95640:**

       **WE COMMAND** you to produce the inmate named above to testify before Judge Brennan at the time and place above, until completion of the settlement conference or as ordered by Judge Brennan.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:   February 5, 2014.

_____
UNITED STATES DISTRICT JUDGE