UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CLINTON WAGNER,   No. 2:09-cv-3166-KJM-KJN P

    Plaintiff,

  v.

MOSS POSNER, M.D., et al.,

    Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Clinton Wagner, CDCR # P-13327, a necessary and material witness in a further settlement conference in this case on April 7, 2014 at 1:30 p.m., is confined in Mule Creek State Prison (MCSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan at the U. S. District Court, 13th Floor, Courtroom No. 8, 501 I Street, Sacramento, California 95814, on Monday, April 7, 2014, at 1:30 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate at the further settlement conference proceedings on April 7.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk is directed to fax serve a copy of this writ on the Litigation Coordinator at Mule Creek State Prison and the Transportation Desk at California State Prison – Sacramento.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Mule Creek State Prison , P.O. Box 409099, Ione, California 95640:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Brennan at the time and place above.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 20, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE