UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINTON WAGNER,

       Plaintiff,                  No. 2:09-cv-3166-KJM-KJN P

vs.

MOSS POSNER, M.D., et al.,

       Defendants.        **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____/

      Clinton Wagner, inmate # P-13327, a necessary and material witness in proceedings in this case on April 7, 2014, is confined in Mule Creek State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 13th Floor, Courtroom No. 8, United States Courthouse, 501 I Street, Sacramento, California on Monday, April 7, 2014, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk at Mule Creek State Prison by fax, 209-274-5239.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Mule Creek State Prison, 4001 Highway 104, P.O. Box 409099, Ione, California 95640:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 1, 2014.

/kly
wagn3166.841amended

                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE