UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON WAGNER, | No. 2:09-cv-3166-KJM-KJN P |
| Plaintiff, | |
| v. | ORDER RE SETTLEMENT & DISPOSITION |
| MOSS POSNER, M.D., et al., | |
| Defendants. | |

Pursuant to the representations of counsel and the parties at a further Settlement Conference conducted on April 7, 2014, the above-captioned case has settled.

The court now orders that dispositional documents are to be filed not later than July 7, 2014.

All hearing dates set in this matter, including the jury trial currently set for April 28, 2014, are VACATED and all pending motions are denied as moot.

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

IT IS SO ORDERED.

DATED: April 8, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE