UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON WAGNER, | No. 2:09-cv-3166-KJM-KJN P |
| Plaintiff, | |
| v. | ORDER |
| MOSS POSNER, M.D., et al., | |
| Defendants. | |

Counsel for defendant has requested an extension of the July 7, 2014 dispositional documents deadline set by the court on April 8, 2014.

Good cause appearing, the deadline by which to file documents disposing of the case is enlarged to September 8, 2014.

IT IS SO ORDERED.

DATED: July 8, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE